UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>NAHOM GABRESELASSIE<br><br>                  Defendant. | No. CR24-136 JCC<br><br>ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

It is hereby ordered that the Federal Public Defender and Gregory Murphy are permitted to withdraw, and Jeffrey L. Kradel substituted, as counsel for the defendant.

DATED this ___5th_____ day of March, 2025.

*[signature: John C. Coughenour]*
_____
The Honorable John C. Coughenour
Senior U.S. District Court Judge

---

ORDER PERMITTING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

**KRADEL DEFENSE PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com