UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>NAHOM GABRESELASSIE,<br><br>              Defendant. | No. CR24-136<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND RESET MOTIONS DEADLINE<br><br>**[CLERK'S ACTION REQUIRED]** |

THIS MATTER having come before the Court on the motion of defendant Nahom Gabreselassie, through his attorney Jeffrey L. Kradel, and the Court having determined that ends of justice would be served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial and that the failure to grant a continuance of the trial date would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

It is therefore ORDERED:

Trial is continued to November 3, 2025

Pretrial Motions Cutoff Deadline reset to August 11, 2025.

//

//

//

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND RESET MOTIONS DEADLINE - 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com

1  Dated this __26th__ day of March, 2025.

                                    _____
                                    The Honorable John C. Coughenour
                                    United States District Court Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
RESET MOTIONS DEADLINE
- 2

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com