PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Nahom Tesfaldet Gabreselassie     **Case Number:** 2:24CR00136-JCC-1
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 12/02/2025     **Date of Report:** 01/21/2026
**Original Offense:** False Statement in Application for a Passport
**Original Sentence:** Time Served; 1 year of supervised release
**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 12/02/2025
**Special Conditions Imposed:**

☒ Substance Abuse     ☐ Financial Disclosure     ☐ Restitution:
☐ Mental Health     ☐ Fine     ☐ Community Service

☒ Other: Shall notify medical professionals of his substance use history; submit to search; and if deported, he shall not reenter the United States without permission

## NONCOMPLIANCE SUMMARY

I allege Nahom Tesfaldet Gabreselassie has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of driving while license suspended on or about January 10, 2026, in violation of the mandatory condition. |

Supporting Evidence: On January 10, 2026, Mr. Gabreselassie was arrested by the Medina Police Department for Driving While License Suspended, Second Degree. He was cited and released. This charge remains pending in Kirkland Municipal Court. To his credit, an automated licensing inquiry shows Mr. Gabreselassie's Washington State license is now valid as of January 15, 2026.

Mr. Gabreselassie provided urine samples presumptively positive for cannabinoids on December 2, December 5, and December 8, 2025. The client asserts this series of positive results stemmed from his use while on pretrial supervision. All subsequent samples have been negative which suggest residual use, therefore, not considered a violation of his supervised release.

United States Probation Officer Action:
☒ Other: I reminded Mr. Gabreselassie to be mindful while driving.

United States Probation Officer Brieanne Olsen advised Assistant United States Attorney Carolyn Forstein, and she concurs with the recommendation of no Court action.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| The Honorable John C. Coughenour, United States District Judge | Page 2 |
| Report on Person Under Supervision | January 21, 2026 |

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 21st day of January, 2026. | BY: |
| *[signature]*<br>Mike Munsterman<br>United States Probation Officer | *[signature]*<br>Analiese D. Johnson<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

*[signature]*

Signature of Judicial Officer
1/22/2026
Date